Dear Honorable Court:

8-25-15
83,041-01

Francisco De Los Reyes
TDCJ # 1878980

cause No. 200 20006479-41-01

Re: change of address

I would like to inform the Court of my new
address. It is as follows:

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 02 2015

Abel Acosta, Clerk

C.T. Terrell unit
1300 FM 655
Rosharon, Tx. 77583

Please forward your response to my new address.
Thank you for your time & attention to this letter.

sincerely,

Francisco De Los Reyes
TDCJ # 1878980

Francisco de los Reyes Sanches